UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CESAR SANDOVAL,<br><br>        Petitioner,<br><br>    v.<br><br>M.D. McDONALD, WARDEN,<br><br>        Respondent. | Case No. CV 09-4239-CJC(CT)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS, AND<br>RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the court has reviewed the petition, all the records and files herein, and the report and recommendation of the United States Magistrate Judge. The court concurs with and adopts the findings, conclusions, and recommendations of the magistrate judge.

IT IS ORDERED that judgment be entered denying the petition for writ of habeas corpus and dismissing this action with prejudice.

DATED: October 23, 2009

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE