UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CESAR SANDOVAL,<br><br>        Petitioner,<br><br>    v.<br><br>M.D. McDONALD, WARDEN,<br><br>        Respondent. | Case No. CV 09-4239-CJC(CT)<br><br>**J U D G M E N T** |

    In accordance with the report and recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED: October 23, 2009

                                 CORMAC J. CARNEY
                            UNITED STATES DISTRICT JUDGE